**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7          EUREKA DIVISION

8

9    GERALDINE PEPPERS,                         No. 1:12-CV-3640 NJV

10            Plaintiff,                        ORDER SETTING STATUS CONFERENCE
                                               AND REQUIRING MEET AND CONFER
11        v.

12   PACIFIC REHABILITATION & WELLNESS
     CENTER LP, et al.,
13
              Defendants.
14   _____/

15

16

17

18        The parties have filed letter briefs regarding a discovery dispute.  (Docket nos. 9, 10). The

19   court HEREBY ORDERS counsel for both parties to engage in an in-person meet and confer no later

20   than October 22, 2012, regarding the pending discovery dispute.  Given counsel's locations in

     Eureka and Los Angeles, counsel may participate by telephone.  Counsel shall engage in a
21
     meaningful meet and confer regarding the discovery dispute.  Counsel shall notify the court's
22
     courtroom deputy, Gloria Masterson (Gloria_Masterson@cand.uscourts.gov), by email of the
23
     scheduled date for the in-person meet and confer.  After the in-person meet and confer, the parties
24
     shall promptly file a single joint letter to the court informing the court of the outcome.  If the parties
25
     are unable to resolve their discovery dispute after the in-person meet and confer, the single joint
26
     letter to the court should succinctly set forth the parties' positions on each disputed issue.  The joint
27
     letter brief must be filed no later than October 25, 2012.
28

**United States District Court**
For the Northern District of California

1   This matter is set for a status conference on October 30, 2012, at 10:00 a.m. at the Eureka

2   Courthouse.  Counsel may appear telephonically by calling 888-684-8852, entering access code

3   1868782 and security code 7416.

4

5   IT IS SO ORDERED.

6

7   Dated: October 11, 2012

8   _____
    NANDOR J. VADAS
    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28