UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GERALDINE PEPPERS, | No. 1:12-CV-3640 NJV |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE AND REQUIRING MEET AND CONFER |
| v. | |
| PACIFIC REHABILITATION & WELLNESS CENTER LP, et al., | |
| Defendants. | |

  The parties have filed letter briefs regarding a discovery dispute. (Docket nos. 9, 10). The court HEREBY ORDERS counsel for both parties to engage in an in-person meet and confer no later than October 22, 2012, regarding the pending discovery dispute. Given counsel's locations in Eureka and Los Angeles, counsel may participate by telephone. Counsel shall engage in a meaningful meet and confer regarding the discovery dispute. Counsel shall notify the court's courtroom deputy, Gloria Masterson (Gloria_Masterson@cand.uscourts.gov), by email of the scheduled date for the in-person meet and confer. After the in-person meet and confer, the parties shall promptly file a single joint letter to the court informing the court of the outcome. If the parties are unable to resolve their discovery dispute after the in-person meet and confer, the single joint letter to the court should succinctly set forth the parties' positions on each disputed issue. The joint letter brief must be filed no later than October 25, 2012.

1  This matter is set for a status conference on October 30, 2012, at 10:00 a.m. at the Eureka
2  Courthouse. Counsel may appear telephonically by calling 888-684-8852, entering access code
3  1868782 and security code 7416.

5  IT IS SO ORDERED.

7  Dated: October 11, 2012

           NANDOR J. VADAS
           United States Magistrate Judge

**United States District Court**
For the Northern District of California