UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GERALDINE PEPPERS, | No. 1:12-CV-3640 NJV |
| Plaintiff, | ORDER VACATING STATUS CONFERENCE |
| v. | |
| PACIFIC REHABILITATION & WELLNESS CENTER LP, et al., | |
| Defendants. | |

On October 11, 2012, the court ordered the parties to engage in an in-person meet and confer regarding a pending discovery dispute. (Docket no. 12.) Also on October 11, 2012, defense counsel filed a letter stating that the parties had met and conferred and had resolved their dispute. (Docket no. 13.). Accordingly, the status conference on October 30, 2012, is HEREBY VACATED.

IT IS SO ORDERED.

Dated: October 15, 2012

NANDOR J. VADAS
United States Magistrate Judge